UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>            Petitioner,<br><br>    v.<br><br>J. MCCOMBER,<br><br>            Respondent. | 1:17-cv-00140-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

      Petitioner has filed a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, he does not challenge the fact or duration of his confinement. Rather, he challenges the conditions of his confinement. Petitioner is currently incarcerated in Sacramento County, which is within the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court **ORDERS**:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

      2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

   Dated: **February 7, 2017**　　　　　　　　　**/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE